1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  NICOLE O. SNYDER  Bar No. 250636
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

5

6  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11  VALLEY HEIGHTS, INC., a California          CASE NO.
    corporation,
12                                              DEFENDANT METROPOLITAN LIFE
              Plaintiff,                        INSURANCE COMPANY'S
13                                              CERTIFICATION OF INTERESTED
       v.                                       PARTIES OR PERSONS
14
    METROPOLITAN LIFE INSURANCE
15  COMPANY, and DOES 1 through 20,             [CIVIL L.R. 3-16]
    inclusive,
16
              Defendant.
17

18        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

19  associations of persons, firms, partnerships, corporations (including parent corporations) or other

20  entities (i) have a financial interest in the subject matter in controversy or in a party to the

21  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22  substantially affected by the outcome of this proceeding:  Metropolitan Life Insurance Company.

23  DATED: May 9, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

24

25                                        By:

26                                           Rebecca A. Hull
                                             Nicole O. Snyder
27                                           Attorneys for Defendant
                                             METROPOLITAN LIFE INSURANCE
28                                           COMPANY

SEDGWICK
DETERT, MORAN & ARNOLD LLP