*E-FILED 5/16/2008*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY HEIGHTS, INC., | No. C08-02388 HRL |
| Plaintiff, | **CLERK'S NOTICE RE DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT this case has been assigned to a Magistrate Judge. **No later than May 23, 2008**, each party shall file either a (1) Consent to Proceed Before a United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. CIV. L.R. 73-1(a). Copies of the forms are available from the Clerk of the Court or from the court's website at www.cand.uscourts.gov.

Dated:   May 16, 2008

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**5:08-cv-2388 Notice has been electronically mailed to:**

Rebecca A. Hull rebecca.hull@sdma.com, cristi.hursh@sdma.com, mark.mitobe@sdma.com, sdmacalendaring@sdma.com

Stephen Donald Pahl spahl@pahl-gosselin.com, tmeek@pahl-gosselin.com

Nicole OBrien Snyder nicole.snyder@sdma.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

2