PAHL & McCAY
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Michael J. Cheng, Esq.** (State Bar No.244414)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Plaintiff
VALLEY HEIGHTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY HEIGHTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:08-CV-2388<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Plaintiff VALLEY HEIGHTS, INC. hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 21, 2008

PAHL & McCAY
A Professional Corporation

By: _/s/ Michael J. Cheng_
Michael J. Cheng

Attorneys for Plaintiff
VALLEY HEIGHTS, INC.