UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Valley Heights, Inc., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No. C08-02388<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 26, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **September 5, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on August 29, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: May 22, 2008                                           RICHARD W. WIEKING, Clerk
                                                                         United States District Court

                                                                         */s/ Patty Cromwell*
                                                                         By: Patty Cromwell, Courtroom Deputy
                                                                         to Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Rebecca A. Hull   rebecca.hull@sdma.com, cristi.hursh@sdma.com, mark.mitobe@sdma.com, sdmacalendaring@sdma.com

Stephen Donald Pahl   spahl@pahl-gosselin.com, tmeek@pahl-gosselin.com

Servando R. Sandoval   ssandoval@pahl-mccay.com

Nicole OBrien Snyder   nicole.snyder@sdma.com