UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

May 22, 2008

**CASE NUMBER:  CV 08-02388 HRL**
**CASE TITLE:  VALLEY HEIGHTS-v-METROPOLITAN LIFE INS.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 05/21/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                               Entered in Computer 05/22/08

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                      Transferor CSA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VALLEY HEIGHTS,

        Plaintiff,

  v.

METROPOLITAN LIFE INS. et al,

        Defendant.
_____/

Case Number: CV08-02388 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Jin-Kon Cheng
Pahl & McKay
A Professional Corporation
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113-1752

Dated: May 22, 2008

                                            Richard W. Wieking, Clerk
                                            By: Tiffany Salinas-Harwell, Deputy Clerk