**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, August 8, 2008
**Case Number:** CV-08-2388-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | VALLEY HEIGHTS, INC.  V.  METROPOLITAN LIFE INSURANCE CO. |
|---|---|
| | PLAINTIFF                                   DEFENDANT |

**Attorneys Present: Michael Cheng**            **Attorneys Present: Rebecca Hull**

---

PROCEEDINGS:
    Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.