**E-Filed 8/26/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VALLEY HEIGHTS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE, COMPANY; and, DOES 1-20,<br><br>Defendants. | Case Number C 08-2388 JF (HRL)<br><br>JUDGMENT |

The motion to dismiss brought by Defendant Metropolitan Life Insurance Company ("MetLife") having been granted without leave to amend,

IT IS HEREBY ORDERED that Judgment is entered for Defendant MetLife.

The Clerk of the Court shall close the file.

DATED: August 26, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-2388 JF (HRL)
JUDGMENT
(JFEX1)

1  This Order has been served upon the following persons:

2

3  Michael Jin-Kon Cheng
   *Pahl & McKay*
   225 West Santa Clara Street, Suite 1500
4  San Jose, CA 95113-1752

5  Stephen Donald Pahl
   *Pahl & Gosselin*
6  Email: spahl@pahl-gosselin.com

7  Servando R. Sandoval
   *Pahl & Gosselin, APC*
8  Email: ssandoval@pahl-mccay.com

9  Nicole OBrien Snyder
   *Sedgwick, Detert, Moran & Arnold*
10 Email: nicole.snyder@sdma.com

11 Rebecca A. Hull
   *Sedgwick, Detert, Moran & Arnold LLP*
12 Email: rebecca.hull@sdma.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 08-2388 JF (HRL)
JUDGMENT
(JFEX1)